## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | ED CV 13-1985-GAF (SP) | Date | April 7, 2014 |
|---|---|---|---|
| Title | HALBERT DEAN SARPY v. CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration | | |

Present: The Honorable    Sheri Pym, United States Magistrate Judge

| Kimberly Carter | n/a | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**    **(In Chambers) Order to Show Cause Why Case Should Not Be Dismissed for Failure to Effect Service and Prosecute**

On November 8, 2013, plaintiff used a civil rights complaint form to file a complaint against Administrative Law Judge Margaret M. Craig of the Social Security Administration, claiming that she denied plaintiff social security benefits in violation of his constitutional rights.  Thus, it appears that the complaint is actually a Complaint for Review of Final Decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g), and the court treats it as such.

On November 11, 2013, the court issued its Case Management Order in this matter.  The Case Management Order advised plaintiff that the summons and complaint must be served on defendant in accordance with Federal Rule of Civil Procedure 4(i), that is, within 120 days after the filing of the complaint, i.e., on or before March 8, 2014. The court further ordered that plaintiff must file proof of such service not later than March 17, 2014.  The court warned plaintiff that failure to comply with this requirement may result in the dismissal of this case.

To date, the court has not received a proof of service.  Nor has plaintiff requested or obtained an order from the court granting an extension of time to do so.  It therefore appears that plaintiff has violated the court's order and is not properly prosecuting this action.

Accordingly, plaintiff is ORDERED to show cause in writing by April 28, 2014 why this case should not be dismissed without prejudice for plaintiff's failure to prosecute and serve defendant within the required time period, as directed in the Case

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 13-1985-GAF (SP) | Date | April 7, 2014 |
|---|---|---|---|
| Title | HALBERT DEAN SARPY v. CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration | | |

Management Order.  Plaintiff may discharge this Order to Show Cause by filing, not later than April 28, 2014, proof of service of the summons and complaint.

      **The court warns plaintiff that failure to respond to the Order to Show Cause by April 28, 2014, or further failure to prosecute this action in accordance with the Case Management Order and other court orders, may result in dismissal of this action for failure to prosecute.**